

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:          Ex parte Omar Pimentel

Appellate case number:     01-21-00702-CR

Trial court case number:    2386503

Trial court:                          County Criminal Court at Law No. 7 of Harris County

Appellant, Omar Pimentel, filed a notice of appeal from the trial court's December 8, 2021 order denying his pre-trial application for writ of habeas corpus. On January 28, 2022, appellant filed a motion to dismiss his appeal, stating that appellant has been found not guilty, and as such, "the appeal is now moot."

While the motion is signed by appellant's counsel of record, appellant has not signed the motion. *See* TEX. R. APP. P. 42.2(a) (providing "appellant and his or her attorney must sign" voluntary motion to dismiss in criminal case). Accordingly, appellant's motion to dismiss is **denied.**

The Court will consider any future motion filed in compliance with Texas Rule of Appellate Procedure 42.2(a).

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                              ☑ Acting individually     ☐ Acting for the Court

Date: ___February 10, 2022___